# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYTH JAMAL AL ANI and HAMSA RAAD AL JUBORY,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALANNA Y. OW; ALEJANDRO MAYORKAS; and MERRICK BRIAN GARLAND,<br><br>　　　　　　　　　Defendants. | Case No.: 3:23-cv-436-W-DEB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiffs filed their petition for writ of mandamus on March 9, 2023. (Doc. 1.) On May 13, 2024, the Court entered an Order to Show Cause (Doc. 6), granting Plaintiff until May 29, 2024, to show cause why the case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 4(m); Civ.L.R. 41.1. Plaintiff failed to timely respond to the Order to Show Cause. No response has been filed as of the time of this Order's signature. Accordingly, pursuant to Fed. R. Civ. P. 4(m) and Civil Local Rule 41.1, the Court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: May 30, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge